■ In the Matter of MICHAEL W. RICKARD, II, a Suspended Attorney, Respondent. [913 NYS2d 591]—A certified copy of plea minutes having been filed showing that Michael W. Rickard, II, was convicted of grand larceny in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ.